JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Market Reference Number B1333ECB150122,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation and BIGGE CRANE AND RIGGING CO. a California Corporation,<br><br>Defendants. | Case No. CV 20-7966-DMG (RAOx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [93]** |

ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation,

Counter-Claimant,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Market Reference Number B1333ECB150122,

Counter-Defendant.

ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation

Third-Party Plaintiff,

|   |   |
|---|---|
| 1 | vs. |
| 2 | SUFFOLK CONSTRUCTION CO., INC., a Massachusetts corporation, and |
| 3 | LARGO CONCRETE, Inc., a California corporation, |
| 4 |  |
| 5 | Third-Party Defendants. |

Having considered the stipulation of the parties, the Court dismisses all complaints, third-party claims, counterclaims, and crossclaims pending in this action with prejudice. The parties shall bear their own fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: October 19, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1